# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRAFT HEINZ FOODS COMPANY,** | CIVIL ACTION NO. 2:16-CV-1297 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| **ACME FOOD PRODUCTS COMPANY, INC.,** | |
| Defendant | |

## ORDER

AND NOW, this 20th day of October, 2017, upon consideration of Plaintiff Kraft Heinz Foods Company's Motion (Doc. 21) to Amend Case Management Order, and with consent of Defendant Acme Food Products Company, it is hereby ORDERED that said motion is GRANTED. All deadlines in the Case Management Order, Section A in this matter (Doc. 13), as amended, are hereby STAYED. Counsel for Plaintiff is ORDERED to report to the Court as to the status of settlement on or before December 1, 2017 and, if the matter is not settled, to file an Amended Proposed Case Management Order, whether said Proposed Order be jointly filed or otherwise.[1]

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] This matter has been designated for service to the above-signed judicial officer for all further proceedings.